Gregory P. Wong (SBN 204502)
Greg@barklawfirm.com
Heather K. Cox (SBN 278898)
Heather@barklawfirm.com
BARKHORDARIAN LAW FIRM, PLC
6047 Bristol Parkway, Second Floor
Culver City, CA 90230
Tel: 323-450-2777

Attorneys for Plaintiff
Ramiro Perez

Betsy Johnson (SBN 119847)
betsy.johnson@ogletree.com
David M. Gruen (SBN) 260209
david.gruen@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Tel: 213-239-9800

Attorneys for Defendant
MAPEI Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO PEREZ, an Individual,<br><br>    Plaintiff,<br><br>v.<br><br>MAPEI CORPORATION, an Illinois Corporation; and DOES 1 through 100, inclusive,<br><br>    Defendant | CASE NO 5:21-cv-00922-JGB-KK<br><br>Assigned to Hon. Judge Jesus G. Bernal<br><br>**STIPULATION RE DISMISSAL [FRCP 41(a)(1)(A)(ii)]**<br><br>Action Filed:   Mar. 1, 2021<br>Trial:          Apr. 18, 2023 |

WHEREAS the Parties to this action, and each of them have fully and finally resolved all issues set forth in this case.

IT IS HEREBY STIPULATED by and between the undersigned counsel for the Parties pursuant to FRCP 41(a)(1)(A)(ii) that this lawsuit is hereby dismissed with prejudice in its entirety.

Respectfully submitted,

DATED: January 12, 2022    BARKHORDARIAN LAW FIRM, PLC

/s/ Gregory P. Wong
_____
Heather K. Cox
Gregory P. Wong
Attorneys for Plaintiff
Ramiro Perez

DATED: January 12, 2022    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ David M. Gruen
_____
Betsy Johnson
David M. Gruen
Attorneys for Defendant
MAPEI Corporation

Multiple Signature Attestation: Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Gregory P. Wong, hereby attest that counsel for Defendant David M. Gruen, on whose behalf the filing is also submitted, concurs in its content and authorizes its filing.

/s/ Gregory P. Wong
_____
Gregory P. Wong